IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE OSBORG,

    Petitioner,                    2:06-cv-1453-GEB-DAD-P

    vs.

ROBERT HEIDELBACH,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed a petition for habeas corpus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 8, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 8, 2006, are adopted in full;

2. Petitioner's June 30, 2006 application for a stay of execution of his 90-day jail sentence is denied; and

3. Petitioner's petition for habeas corpus is dismissed without prejudice for failure to exhaust available state court remedies.

Dated:  September 8, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge